

**07CRIM. 684**

P 51428/M. Bravo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

**TO:**   Jim Molinelli, Miscellaneous Clerk

**FROM:**   Marcela Bravo, USPO

**RE:**   Quijano, Madelin

**DATE:**   July 12, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 23, 2004, the above-named individual was sentenced in the Western District of Pennsylvania outlined in the attached J & C.

In July 2007, we received the Prob. 22's endorsed by the Honorable Maurice B. Cohill, Jr., Senior U.S. District Court Judge, ordering Ms. Quijano's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer